# Exhibit 1

# New Jersey Police Crash Investigation Report

☑ Reportable  ☐ Non-Reportable  ☐ Change Report

Page: 1   Of 2   ☐ Fatal

**1 Case Number** I-2015-004006

**10 Crash Occured On:** GREENWOOD LAKE TURNPIKE   --   **11 Speed Limit** 50   0511   -   --   --

**2 Police Dept. Code** RINGWOOD POLICE   --   100   At Intersection with ☑ Feet ☐ At ☐ Miles   **Road Name** N☑ S☐ of E☐ W☐: SKYLANDS RD   **12 Route No** **Suffix**   **13 Milepost**

**3 Station/Precinct** --   14   **19 Ramp** **To:** **From:**   **17 Cross Road Name**   **18 Speed Limit** 50

**4 Date of Crash** mm dd yy 04 19 15   **5 Day of Week** Sun   **6 Time** (use 2400 hrs) 14:27   **7 Municipality Code** 1611   **8 Total Killed** --   **9 Total Injured** 2   **21 Latitude** --   **20 Route/Name** --   **22 Longitude** --

**23 Veh No** 1   **24 Policy No** F687292-3   **25 Ins Code** 426   **53 Veh No** 2   **54 Policy No** 082 4177-B23-30   **55 Ins Code** 962

Veh 1: ☐ Parked ☐ Ped ☐ Pedalcyclist ☐ Resp to Emergency ☐ Hit & Run
Veh 2: ☐ Parked ☐ Ped ☐ Pedalcyclist ☐ Resp to Emergency ☐ Hit & Run

**26 Driver's First Name** JOHN H   **Initial** **Last Name** EARL   **29 Sex** M   **56 Driver's First Name** LAWRENCE M   **Initial** **Last Name** SPATZ   **59 Sex** M

**27 Number and Street** 52 BIRCH ROAD   **30 Eyes** 04   **57 Number and Street** 851 NORTH ROAD   **60 Eyes** 02

**28 City** RINGWOOD   **State** NJ   **Zip** 07456   **58 City** RIDGEWOOD   **State** NJ   **Zip** 07450

**31 State** NJ   **32 Drivers License No** E06204076810414   **33 DOB** mm dd yy 10 19 41   **34 Expires** mm yy 10 15   **61 State** NJ   **62 Drivers License No** S70234467407632   **63 DOB** mm dd yy 07 08 63   **64 Expires** mm yy 11 18

**35 Owner's First Name** ☑ Same As Driver JOHN H   **Initial** **Last Name** EARL   **65 Owner's First Name** ☑ Same As Driver LAWRENCE M   **Initial** **Last Name** SPATZ

**36 Number and Street** 52 BIRCH ROAD   **66 Number and Street** 851 NORTH ROAD

**37 City** RINGWOOD   **State** NJ   **Zip** 07456   **67 City** RIDGEWOOD   **State** NJ   **Zip** 07450

**38 Make** TOY   **39 Model** COR   **40 Color** GY   **41 Year** 2007   **42 Plate No** VUE28A   **43 State** NJ   **68 Make** HD   **69 Model** FCI   **70 Color** BL   **71 Year** 2003   **72 Plate No** 2WAS1   **73 State** NJ

**44 VIN** 2T1BR32EX7C717708   **45 Expires** 05 15   **74 VIN** 1HD1PRW153Y739537   **75 Expires** 03 16

**46 Vehicle Removed To** RINGWOOD TOWING   ☐ Driven ☐ Left at Scene ☑ Towed ☐ Impound ☐ Disabled   **47** ☐ Owner ☐ Authority ☐ Driver ☐ Police   **76 Vehicle Removed To** RINGWOOD TOWING   ☐ Driven ☐ Left at Scene ☑ Towed ☐ Impound ☐ Disabled   **77** ☐ Owner ☐ Authority ☐ Driver ☐ Police

**48 Alcohol/Drug Test** Given: ☑ No ☐ Yes ☐ Refused   Type: ☐ Breath ☐ Blood ☐ Urine   Results: 0. % ☐ Pending   **134 Crash Diagram (NOT TO SCALE)**   **78 Alcohol/Drug Test** Given: ☑ No ☐ Yes ☐ Refused   Type: ☐ Breath ☐ Blood ☐ Urine   Results: 0. % ☐ Pending

**49 Hazardous Material** ☐ On Board ☐ Spill   **Name or Placard No.** --   **79 Hazardous Material** ☐ On Board ☐ Spill   **Name or Placard No.** --

**50 Carrier No.** ☐ USDOT ☐ Other *   **80 Carrier No.** ☐ USDOT ☐ Other *

**51 Commercial Vehicle Weight** ☐ ≤ 10,000 lbs ☐ 10,001 - 26,000 lbs ☐ ≥ 26,001 lbs   **81 Commercial Vehicle Weight** ☐ ≤ 10,000 lbs ☐ 10,001 - 26,000 lbs ☐ ≥ 26,001 lbs

**52 Carrier name** --   **82 Carrier name** --

**135 Crash Description** DRIVER OF VEHICLE ONE STATED HE DOESN'T KNOW WHAT HAPPENED HE JUST REMEMBER HEARING A BANG. DRIVER OF VEHICLE TWO STATED THAT HE DIDN'T REMEMBER ANYTHING. PASSENGER FROM VEHICLE TWO WAS SEMI CONSCIOUS AND COULD NOT SPEAK. INVESTIGATION REVEALS VEHICLE ONE CROSSED THE CENTER LINE AND STRUCK VEHICLE TWO. DRIVER VEHICLE ONE IS AT FAULT.

**138 Damage To Other Property** --

**Oper** --   **137 Charge** --   ☐ Multiple Charges   **136 Summons No** --   **Oper** --   **139 Charge** --   ☐ Multiple Charges   **140 Summons No** --

**141 Officer's Signature** PATROLMAN SELLEROLI, PATRICK J   **142 Badge No.** 0031   **143 Reviewed By** SERGEANT PORTA, RO   **Badge No.** 0027   **144 Case Status** ☐ Pending ☑ Complete

| 83 | 84 | 85 | 88 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | Names & Address of Occupants - If Deceased, Date & Time of Death |
|----|----|----|----|----|----|----|----|----|----|----|----|----|---|
| A | 01 | 01 | 01 | -- | 73 | M | -- | -- | 09 | 04 | -- | -- | EARL, JOHN H — 52 BIRCH ROAD, RINGWOOD NJ 07456 -- |
| B | 02 | 01 | 03 | 04 | 51 | M | 07 | 08 | 02 | 06 | 06 | -- | 5204 | SPATZ, LAWRENCE M — 851 NORTH ROAD, RIDGEWOOD NJ 07450 -- |
| C | 02 | 05 | 03 | 04 | 48 | F | 08 | 03 | 02 | 06 | 06 | -- | 5204 | LEMOINE, CHARLENE A — 349 GOFFLE ROAD, RIDGEWOOD NJ 07450 -- |
| D | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- -- |
| E | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- -- |

NJTR -  (rev. 07/2005)

Lemoine Motion Opp. Exhibits
2:16-cv-6786

| STATE OF NEW JERSEY | Police Dept: RINGWOOD POLICE | Code: -- |
|---|---|---|
| MOTOR VEHICLE CRASH DESCRIPTION | Station: -- | Case No: I-2015-004006 |

134 Crash Diagram (NOT TO SCALE)



SCRATCH MARKS
66.3 FEET

FRONT TIRE
SKID MARK 10.2
FEET

REAR TIRE
SKID MARK
30.9 FEET

2

2

2

SKID MARKS ARE SIX FEET FROM CENTER LINE

RT 0511 GREENWOOD LAKE TRNPK

NOT TO SCALE

PATROLMAN SELLEROLI, PATRICK J

Officer's Signature

0031

Badge Number

NJTR-1A (rev. 03/2006)

Lemoine Motion Opp. Exhibits
2:16-cv-6786

# Exhibit 2

| No | Bill Type | Name | First Date | Last Date | Billed | Paid | Allowed | Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 01 | Hospital | _Helicopter_ Hackensack University Medical ... | 4/19/2015 | 4/19/2015 | $26,229.00 | $8,642.87 | $16,672.00 | $914.13 | Per bill rec'd 2015-09-01 EMS |
| 02 | Doctor | Dala Setu 5 Summit Avenue Ha... | 4/19/2015 | 9/4/2015 | $0.00 | $0.00 | $0.00 | $60,350.14 | bill recd 1.14.16 |
| 03 | Doctor | Kool Sanjeev Hackensack Unive... | 4/19/2015 | 6/14/2015 | $0.00 | $0.00 | $0.00 | $0.00 | bill recd 1.14.16 same as HUMC |
| 04 | Doctor | Kessler Rehabilation Center  27... | 5/13/2015 | 5/22/2015 | $15,290.25 | $0.00 | $0.00 | $0.00 | per bill rec'd 1.25.16 |
| 05 | Doctor | Hasan Omar Divagno Interventi... | 5/12/2015 | 9/10/2015 | $0.00 | $0.00 | $0.00 | $0.00 | bill recd 1.14.16 |
| 05 | Hospital | Atlantic Ambulance Corporation ... | 4/19/2015 | 4/19/2015 | $2,009.50 | $0.00 | $0.00 | $185.28 | Per bill rec'd 2015-07-01   ? 1206.00 |
| 06 | Hospital | New Jersey Healthcare Specialis... | 4/19/2015 | 4/19/2015 | $11,825.00 | $9,837.13 | $0.00 | $1,987.87 | Per bill rec'd 2015-07-01   ? 1558.17 |
| 07 | Hospital | HMC Cardiac Diagnostic Service ... | 5/8/2015 | 5/8/2015 | $35.00 | $0.00 | $0.00 | $35.00 | Per bill rec'd 2015-07-02 |
| 07 | Hospital | Aero Ambulance Service, Inc. ... | 5/13/2015 | 5/13/2015 | $46.00 | $0.00 | $0.00 | $46.00 | Per bill rec'd 2015-07-01 |
| 07 | Radiology | Hackensack Radiology Group  P... | 4/20/2015 | 4/20/2015 | $128.00 | $119.72 | $0.00 | $8.28 | Per bill rec'd 2015-07-01 |
| 07 | Doctor | Hackensack Pathology  P.O. Bo... | 4/29/2015 | 4/29/2015 | $515.00 | $82.26 | $217.18 | $215.56 | Per bill rec'd 2015-07-01   ? 212.0  ? 236 |
| 08 | Doctor | Hackensack Non-Invasive Vasc... | 4/22/2015 | 4/22/2015 | $225.50 | $0.00 | $0.00 | $225.50 | Per bill rec'd 2015-07-01 |
| 09 | Doctor | Dayal Saraswati 5 Summit Aven... | 4/19/2015 | 4/20/2015 | $29,082.00 | $918.31 | $0.00 | $28,463.27 | per bill rec'd 11.30.15 |
| No | Bill Type | Name | First Date | Last Date | Billed | Paid | Allowed | Balance | Comments |
| 07 | Doctor | Hackensack Pathology  P.O. Bo... | 4/29/2015 | 4/29/2015 | $515.00 | $82.26 | $217.18 | $215.56 | Per bill rec'd 2015-07-01 |
| 08 | Doctor | Hackensack Non-Invasive Vasc... | 4/22/2015 | 4/22/2015 | $225.50 | $0.00 | $0.00 | $225.50 | Per bill rec'd 2015-07-01 |
| 09 | Doctor | Dayal Saraswati 5 Summit Aven... | 4/19/2015 | 4/20/2015 | $29,082.00 | $918.31 | $0.00 | $28,463.27 | per bill rec'd 11.30.15 |
| 10 | Doctor | LoCurto John 5 Summit Avenue... | 4/27/2015 | 5/12/2015 | $9,650.00 | $0.00 | $0.00 | $9,650.00 | per bill rec'd 4.22.16   ? 1703 |
| 11 | Doctor | North Jersey Trauma & Critical ... | 4/19/2015 | 9/4/2015 | $87,079.00 | $26,631.00 | $0.00 | $36,171.14 | bill recd 9.21.16 |
| 12 | Hospital | Hasan Omar Divagno Interventi... | 6/22/2015 | 6/22/2015 | $300.00 | $0.00 | $0.00 | $300.00 | Per bill rec'd 2015-08-12 |
| 13 | Therapy | Personal Best Rehab Physical T... | 7/8/2015 | 11/24/2015 | $0.00 | $0.00 | $0.00 | $1,505.51 | bill recd 2.8.16 |
| 14 | Hospital | Hackensack University Medical ... | 4/19/2015 | 5/13/2015 | $471,613... | $95,644.00 | $375,969... | $0.00 | Per bill rec'd 2015-09-01 |
| 15 | Doctor | Hasan Omar Divagno Interventi... | 4/19/2015 | 11/17/2015 | $0.00 | $0.00 | $0.00 | $0.00 | per bill recvd 12-22-2015 |
| 16 | Doctor | DiVagno Leonardo 218 Route 1... | 5/12/2015 | 9/10/2015 | $0.00 | $0.00 | $0.00 | $0.00 | per bill 1.14.16 |
| 17 | Therapy | Physical Therapy Rehabilitation ... | 7/6/2015 | 7/6/2015 | $0.00 | $0.00 | $0.00 | $0.00 | bill recd 1.14.16 |
| 18 | Doctor | Saccaro Bernard 95 Parkway  R... | 7/16/2015 | 7/16/2015 | $0.00 | $0.00 | $0.00 | $0.00 | bill recd 1.14.16 |
| 19 | Doctor | Ting Leon University Resprator... | | | $0.00 | $0.00 | $0.00 | $450.00 | bill recd 1.14.16 |

| Enter text to search... | | | | | SUM=S... | | | SUM=$140,507.68 | |

| BCBS # | Procedure Date | Submission Date | Paid Date | Provider | Description | Amount of Service | Amount Not Covered | Covered | Amount Forgiven | Amount Reimbursed | Possible Patient Responsibility | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4/19/16 | 5/18/15 | | HUMC | Helicopter | 26,229.00 | | 26,229.00 | | 25,314.87 | 914.13 | |
| 2a | 4/22/15 | 4/30/15 | | Hackensack Pathology | Labs | 212.00 | 212.00 | - | | | 212.00 | |
| 2b | 4/19/15 | 4/30/15 | | NJ Healthcare SPA | Surgery | 638.00 | | 638.00 | 567.64 | 70.36 | 0.00 | |
| 2c | 4/19/15 | 4/30/15 | | NJ Healthcare SPA | Anesthesia | 6,752.00 | | 6,752.00 | 3,138.00 | 2,057.53 | 1,556.47 | Deductible ($1,000) and co-insurance ($556.47) |
| 2d | 4/19/15 | 4/30/15 | | NJ Healthcare SPA | Anesthesia | 426.00 | | 426.00 | 320.00 | 106.00 | | |
| 3a | 4/20/15 | 4/30/15 | | Dr Dayal | Surgery - Reopening | 11,462.00 | 10,285.26 | 1,176.74 | | 706.04 | 10,755.96 | Out of Network provider |
| 3b | 4/19/15 | 5/1/15 | | North Jersey Trauma | Surgery - Remove Spleen | 10,600.00 | 9,303.78 | 1,296.22 | | 238.22 | 10,361.78 | Out of Network provider |
| 3b | 4/19/15 | 5/1/15 | | North Jersey Trauma | Surgery - Remove Kidney | 7,109.00 | 6,525.58 | 583.42 | | | 7,109.00 | Out of Network provider |
| 3b | 4/19/15 | 5/1/15 | | North Jersey Trauma | Surgery - CPV Insert | 2,860.00 | 2,792.88 | 67.12 | | | 2,860.00 | Out of Network provider |
| 3b | 4/19/15 | 5/1/15 | | North Jersey Trauma | Surgery - Incise Heart Sac | 4,558.00 | 4,107.72 | 450.28 | | | 4,558.00 | Out of Network provider |
| 3c | 4/18/15 | 5/1/15 | | North Jersey Trauma | Surgery - Explore | 7,700.00 | 7,700.00 | - | 7,700.00 | | - | Duplicate billings of $11,200 |
| 3c | 4/19/15 | 5/1/15 | | North Jersey Trauma | Surgery - Chest Tube Insertion | 2,100.00 | 2,100.00 | - | 2,100.00 | | - | Duplicate billings of $11,200 |
| 3c | 4/19/15 | 5/1/15 | | North Jersey Trauma | Surgery - Repair Superficial | 1,400.00 | 1,400.00 | - | 1,400.00 | | - | Duplicate billings of $11,200 |
| 3d | 4/19/15 | 5/1/15 | | Hackensack Pathology | Labs | 121.00 | 121.00 | - | | 121.00 | | |
| 3e | 4/21/15 | 5/1/15 | | Hackensack Radiology | X-Ray | 38.00 | | 38.00 | 27.67 | 8.26 | 2.07 | |
| 3f | 4/20/15 | 5/1/15 | | Hackensack Radiology | X-Ray | 60.00 | | 60.00 | 39.34 | 16.52 | 4.14 | |
| 3g | 4/24/15 | 5/1/15 | | Hackensack Radiology | X-Ray | 30.00 | 19.67 | 10.33 | 19.67 | 8.26 | 2.07 | |
| 4 | 4/19/15 | 5/8/15 | | North Jersey Trauma | Critical Care, First Visit | 3,000.00 | 2,756.64 | 243.36 | | 148.02 | 2,853.98 | Out of Network provider |
| 5a | 4/29/15 | 5/11/15 | | Dr John Locurto | ICU visits | 1,850.00 | 1,606.64 | 243.36 | | 148.02 | 1,703.98 | Out of Network provider |
| 5b | 4/28/15 | 5/11/15 | | Dr John Locurto | ICU visits | 1,850.00 | 1,606.64 | 243.36 | | 148.02 | 1,703.98 | Out of Network provider |
| 5c | 4/27/15 | 5/11/15 | | Dr John Locurto | ICU visits | 1,850.00 | 1,606.64 | 243.36 | | 148.02 | 1,703.98 | Out of Network provider |
| 6a | 4/21/15 | 5/4/15 | | NJ Healthcare SPA | Anesthesia | 4,009.00 | 1,862.00 | 2,147.00 | 1,862.00 | 1,717.60 | 429.40 | Co Insurance $429 |
| 6b | 4/22/15 | 5/4/15 | | Hackensack Radiology | X-Ray | 30.00 | 19.67 | 10.33 | 19.67 | 8.26 | 2.07 | |
| 7a | 4/21/15 | 5/5/15 | | North Jersey Trauma | Surgery - Reopening | 6,051.00 | 4,874.26 | 1,176.74 | | 706.04 | 5,344.96 | Out of Network provider |
| 7a | 4/21/15 | 5/5/15 | | North Jersey Trauma | Treatment - Neg Press Wound TX | 400.00 | | 400.00 | | | 400.00 | Claim denied.  More info requested |
| 7b | 4/19/15 | 5/5/15 | | Dr Dayal | Surgical Assistant | 17,620.00 | 17,266.26 | 353.74 | | 212.27 | 17,407.73 | Out of Network provider |
| 7c | 4/23/15 | 5/5/15 | | North Jersey Trauma | Surgery - Reopening | 6,051.00 | 4,874.26 | 1,176.74 | | 706.04 | 5,344.96 | Out of Network provider |
| 7c | 4/23/15 | 5/5/15 | | North Jersey Trauma | Treatment - Neg Press Wound TX | 400.00 | | 400.00 | | | 400.00 | Claim denied.  More info requested |
| 7d | 4/26/15 | 5/5/15 | | North Jersey Trauma | Surgery - Muscle Skin Graft | 15,500.00 | 14,011.12 | 1,488.88 | | 893.33 | 14,606.67 | Out of Network provider |
| 7d | 4/26/15 | 5/5/15 | | North Jersey Trauma | Surgery - Muscle Skin Graft | 15,500.00 | 14,755.56 | 744.44 | | 446.66 | 15,053.34 | Out of Network provider |
| 7d | 4/26/15 | 5/5/15 | | North Jersey Trauma | Surgery - Muscle Skin Graft | 3,700.00 | 3,564.05 | 135.95 | | 81.57 | 3,618.43 | Out of Network provider |
| 7e | 4/19/15 | 5/5/15 | | Hackensack Pathology | Emergency Accident lab | 320.00 | 217.18 | 102.82 | 217.18 | 62.26 | 20.56 | |
| 8 | 4/30/15 | 5/21/15 | | Dr John Locurto | ICU visits | 1,850.00 | 1,606.64 | 243.36 | | 148.02 | 1,703.98 | Out of Network provider |
| | 4/19/15 | | | Atlantic Ambulance | Ambulance | 2,009.50 | | 2,009.50 | 803.50 | | 1,206.00 | Not sure what this is for since it is not the Helicopter |
| | 5/13/15 | | | Aero Ambulance | | 46.00 | | 46.00 | | | 46.00 | |
| | 4/29/15 | | | Hackensack Pathology | Cytopathology | 195.00 | | 195.00 | | | 195.00 | |

112,072.62

Lemoine Motion Opp. Exhibits
2:16-cv-6786

# Exhibit 3

| Lemoine, Charlene A #C _ _ _ _ | | Description: 48 y.o. F. |
|---|---|---|
| Admission Info: Inpatient (Adm: 04/19/15) | | Primary Service: SCU (SURGICAL ICU) |
| Hospital Account: 200 _ | | Unit Info: 3NTR |

## Account Information

| Hospital Account | Primary Payor | Affiliated Recurring Accounts | Combined from HAR |
|---|---|---|---|
| LEMOINE,CHARLEN E A | HORIZON BC/BS OF NJ [110] | None | None |

## Admission Information - Hospital Account/Patient Record

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 04/19/2015 1524 | Admit Date/Time: | 04/19/2015 1524 | IP Adm. Date/Time: | 04/19/2015 1752 |
| Admission Type: | Trauma | Point of Origin: | Clinic Or Physician's Office | Admit Category: | None |
| Means of Arrival: | Helicopter | Primary Service: | Scu (Surgical Icu) | Secondary Service: | None |
| Transfer Source: | None | Service Area: | Hhs Hackensack Medical Center | Unit: | Hmn 3ntr Surg Interm |
| Admit Provider: | Setu A Dalal, DO | Attending Provider: | Setu A Dalal, DO | Referring Provider: | None |

## Discharge Information - Hospital Account/Patient Record

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 05/13/2015 0932 | Inpatient Rehab Facility | Kessler Inst.rehab-div@kennedy | None | Hmn 3ntr Surg Interm |

## Other Providers

| Provider | Role |
|---|---|
| John J Locurto, MD | Consultant |
| Bindu Balani, MD | Consultant |
| Omar S Hasan, MD | Consultant |
| Elie Elmann, MD | Consultant |
| Allison M Averill, MD | Consultant |
| Nader Shakibai, MD | Consultant |

## Admission Diagnoses / Reasons for Visit (ICD-9-CM)

| Code | Name | Comments |
|---|---|---|
| 866.02 | Kidney laceration without mention of open wound into cavity | |

## Final Diagnoses (ICD-9-CM)

| Princip al | Code | Name | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|---|
| [P] | 866.13 | Complete disruption of kidney parenchyma, with open wound into cavity | Yes | No | | Yes |
| | 427.5 | Cardiac arrest | No | MCC | | Yes |
| | 865.03 | Spleen laceration extending into parenchyma without mention of open wound into cavity | Yes | CC | | Yes |
| | 902.41 | Renal artery injury | Yes | MCC | | No |
| | 860.4 | Traumatic pneumohemothorax without mention of open wound into thorax | Yes | MCC | | No |
| | 518.51 | Acute respiratory failure following trauma and surgery | Yes | MCC | | No |
| | 577.0 | Acute pancreatitis | Yes | MCC | | No |
| | 584.9 | Acute kidney failure, unspecified | Yes | MCC | | No |
| | 868.04 | Retroperitoneum injury without mention of open wound into cavity | Yes | MCC | | No |
| | 864.05 | Liver injury without mention of open wound into cavity, unspecified laceration | Yes | MCC | | No |
| | 286.7 | Acquired coagulation factor deficiency | Yes | CC | | No |

Lemoine Motion Opp. Exhibits
2:16-cv-6786

**Final Diagnoses (ICD-9-CM) (continued)**

| Principal | Code | Name | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|---|
| | 255.41 | Glucocorticoid deficiency | Yes | CC | | No |
| | 511.9 | Unspecified pleural effusion | Yes | CC | | No |
| | 807.07 | Closed fracture of seven ribs | Yes | CC | | No |
| | 285.1 | Acute posthemorrhagic anemia | Yes | CC | | No |
| | 276.9 | Electrolyte and fluid disorders not elsewhere classified | Yes | CC | | No |
| | 805.4 | Closed fracture of lumbar vertebra without mention of spinal cord injury | Yes | CC | | No |
| | 881.00 | Open wound of forearm, without mention of complication | Yes | No | | No |
| | 427.0 | Paroxysmal supraventricular tachycardia | Yes | No | | No |
| | 786.4 | Abnormal sputum | No | No | | No |
| | 427.89 | Other specified cardiac dysrhythmias(427.89) | No | No | | No |
| | 275.41 | Hypocalcemia | Yes | No | | No |
| | 443.0 | Raynaud's syndrome | Yes | No | | No |
| | 553.21 | Incisional hernia without mention of obstruction or gangrene | No | No | | No |
| | 458.9 | Hypotension, unspecified | Yes | No | | No |
| | 423.9 | Unspecified disease of pericardium | Yes | No | | No |
| | V14.5 | Personal history of allergy to narcotic agent | Exempt from POA reporting | No | | No |
| | V14.0 | Personal history of allergy to penicillin | Exempt from POA reporting | No | | No |
| | V03.81 | Need for prophylactic vaccination against Hemophilus influenza type B (Hib) | Exempt from POA reporting | No | | No |
| | V03.82 | Need for prophylactic vaccination against Streptococcus pneumoniae (pneumococcus) | Exempt from POA reporting | No | | No |
| | V03.89 | Need for other specified prophylactic vaccination against single bacterial disease | Exempt from POA reporting | No | | No |

**External Causes of Injury (ICD-9-CM)**

| Code | Name | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| E816.3 | Motor vehicle traffic accident due to loss of control, without collision on the highway, injuring passenger on motorcycle | Exempt from POA reporting | No | | No |
| E878.6 | Removal of other organ (partial) (total) causing abnormal patient reaction, or later complication, without mention of misadventure at time of operation | No | No | | No |

**ICD Procedures (ICD-9-CM Volume 3)**

| Code | Name | Date | Performing Provider | Px Event |
|---|---|---|---|---|
| 55.51 | Nephroureterectomy | 04/19/2015 | Setu A Dalal, DO | |
| 99.60 | Cardiopulmonary resuscitation, not otherwise specified | 04/19/2015 | Setu A Dalal, DO | |
| 96.72 | Continuous invasive mechanical ventilation for 96 consecutive hours or more | 04/19/2015 | Marie-Louise Caloustian, MD | |
| 41.5 | Total splenectomy | 04/19/2015 | Setu A Dalal, DO | |
| 37.12 | Pericardiotomy | 04/19/2015 | Setu A Dalal, DO | |

## ICD Procedures (ICD-9-CM Volume 3) (continued)

| Code | Name | Date | Performing Provider | Px Event |
|------|------|------|---------------------|----------|
| 54.12 | Reopening of recent laparotomy site | 04/23/2015 | Setu A Dalal, DO | |
| 54.12 | Reopening of recent laparotomy site | 04/21/2015 | Setu A Dalal, DO | |
| 54.12 | Reopening of recent laparotomy site | 04/26/2015 | Setu A Dalal, DO | |
| 53.51 | Incisional hernia repair | 04/26/2015 | Setu A Dalal, DO | |
| 99.04 | Transfusion of packed cells | 04/19/2015 | Setu A Dalal, DO | |
| 57.32 | Other cystoscopy | 04/26/2015 | Thomas Christiano, MD | |
| 34.04 | Insertion of intercostal catheter for drainage | 04/29/2015 | Setu A Dalal, DO | |
| 99.63 | Closed chest cardiac massage | 04/19/2015 | Setu A Dalal, DO | |
| 34.04 | Insertion of intercostal catheter for drainage | 04/19/2015 | Setu A Dalal, DO | |
| 93.59 | Other immobilization, pressure, and attention to wound | 04/23/2015 | Setu A Dalal, DO | |
| 96.6 | Enteral infusion of concentrated nutritional substances | 04/21/2015 | Setu A Dalal, DO | |
| 34.04 | Insertion of intercostal catheter for drainage | 05/02/2015 | Arthur S Albert, MD | |
| 38.97 | Central venous catheter placement with guidance | 04/20/2015 | Arthur S Albert, MD | |
| 99.15 | Parenteral infusion of concentrated nutritional substances | 05/03/2015 | Setu A Dalal, DO | |
| 86.59 | Closure of skin and subcutaneous tissue of other sites | 04/20/2015 | Setu A Dalal, DO | |
| 99.07 | Transfusion of other serum | 04/19/2015 | Setu A Dalal, DO | |
| 99.05 | Transfusion of platelets | 04/19/2015 | Setu A Dalal, DO | |
| 99.06 | Transfusion of coagulation factors | 04/19/2015 | Setu A Dalal, DO | |
| 93.59 | Other immobilization, pressure, and attention to wound | 04/21/2015 | Setu A Dalal, DO | |
| 00.17 | Infusion of vasopressor agent | 04/20/2015 | Setu A Dalal, DO | |
| 99.55 | Prophylactic administration of vaccine against other diseases | 05/09/2015 | Setu A Dalal, DO | |
| 99.52 | Prophylactic vaccination against influenza | 05/09/2015 | Setu A Dalal, DO | |

## CPT®/HCPCS Codes

## DRG Information

| Billing | DRG Type | Qualifier | DRG | Description | Weight | MDC | LOS | SOI | ROM | Exp. Reimb |
|---------|----------|-----------|-----|-------------|--------|-----|-----|-----|-----|-----------|
| [B] | MS-DRG V30 | | 957 | OTHER O.R. PROCEDURES FOR MULTIPLE SIGNIFICANT TRAUMA W MCC | 6.4182 | 024 | 24 | | | 53,715.50 |
| | AP-DRG NJ V27 | | 793 | MDC 25P,PROC FOR MUL SIG TRAUMA EXC | | 025 | 24 | | | |

## DRG Information (continued)

| Billing | DRG Type | Qualifier | DRG | Description | Weight | MDC | LOS | SOI | ROM | Exp. Reimb |
|---------|----------|-----------|-----|-------------|--------|-----|-----|-----|-----|------------|
| | CMS DRG V24 (FY 2007) | | 486 | CRANIOTOMY W NON-TRAUMAT OTHER O.R. PROCEDURES FOR MULTIPLE SIGNIFICANT TRAUMA | 4.8346 | 024 | 24 | | | 46,183.19 |
| | MSDRG V29 MC11 | | 957 | OTHER O.R. PROCEDURES FOR MULTIPLE SIGNIFICANT TRAUMA W MCC | 6.6017 | 024 | 24 | | | 53,715.50 · |
| | MS-DRG V31 | | 957 | OTHER O.R. PROCEDURES FOR MULTIPLE SIGNIFICANT TRAUMA W MCC | 6.7306 | 024 | 24 | | | 53,715.50 |
| | AP-DRG NJ V24 | | 793 | PROC FOR MUL SIG TRAUMA EXC CRANIOTOMY W NON-TRAUMATIC MAJOR | | 025 | 24 | | | |
| | MS-DRG V32 | | 957 | OTHER O.R. PROCEDURES FOR MULTIPLE SIGNIFICANT TRAUMA W MCC | 6.8453 | 024 | 24 | | | 53,715.50 |
| | APR-DRG V30 | | 911 | EXTENSIVE ABDOMINAL/THORACIC PROCEDURES FOR MULT SIGNIFICANT TRAUMA | 7.8869 | 025 | 24 | 4 | 4 | |
| | APR-DRG V30 | Admission DRG | 911 | EXTENSIVE ABDOMINAL/THORACIC PROCEDURES FOR MULT SIGNIFICANT TRAUMA | 7.8869 | 025 | 24 | 4 | 4 | |
| | APR-DRG V30 | PPC DRG | 911 | EXTENSIVE ABDOMINAL/THORACIC PROCEDURES FOR MULT SIGNIFICANT TRAUMA | 7.8869 | 025 | 24 | 4 | 4 | |
| | APR-DRG V30 | PPC Admit DRG | 911 | EXTENSIVE ABDOMINAL/THORACIC PROCEDURES FOR MULT SIGNIFICANT TRAUMA | | 025 | 24 | | | |

## Patient Demographics

| Name | Patient ID | SSN | Sex | Birth Date |
|------|-----------|-----|-----|------------|
| Lemoine, Charlene A | | | Female | |

| Address | Phone | Email | Employer |
|---------|-------|-------|----------|
| | | | OTHER-Sitex Realty Group LLC |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|-----------|-----|--------------------|------------------|
| Verified | Not On Staff Physician, MD | 05/26/15 | 08/27/15 |

## Events

| Date/Time | Event | Pt Class | Unit | Room/Bed | Service |
|-----------|-------|----------|------|----------|---------|
| 04/19/15 1524 | ED Arrival | | HMN ETD DEPT | | |
| 04/19/15 1524 | ED Roomed | Emergency | HMN ETD DEPT | T04A/T04A | ETD (EMERGENCY TRAUMA DPT) |
| 04/19/15 1630 | Surgery | Emergency | HUMC MAIN OR | MAIN OR ROOM 16 | General Surgery |

# Exhibit 4

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Charlene LeMoine, | Civil Action No.: 2:16-cv-6786 JMV JBC |
| Plaintiff | |
| vs. | |
| Empire Blue Cross Blue Shield, Cushman & Wakefield, Inc. PPO Incentive Plan, Blue Cross Blue Shield of Illinois, ABC Corp. 1-10, | **CERTIFICATION** |
| Defendants. | |

I am the Plaintiff in this case. As such, I have personal knowledge of the facts.

1.  I was seriously injured in a motorcycle incident on April 19, 2015. An air ambulance evacuated me to Hackensack University Medical Center for emergency care.

2.  During my admission, either a hospital staff member or a family member presented the hospital admissions department with an insurance identification card from an old employer. That card identified me as a beneficiary of a health insurance plan by Blue Cross Blue Shield of Illinois.

3.  At some later time during my admission, I learned of the error and presented the identification for my then current employer's health insurance plan provided by Empire Blue Cross Blue Shield.

4.  Over the next several months, I received explanations of benefits paid and denied, engaged in telephone conversations with claim adjusters from Empire and BCBS-IL, as well as billing staff from the many doctors who treated me.

5.  I believe that every conversation I had with any employee of either Empire or BCBS-IL was recorded.

6.  In discussions with billing staff for the various doctors, I was asked to call the insurance companies, resubmit claims in my own name, submit appeals, or sign documents that would allow the doctors' staffs to file appeals. I did not keep copies of all documents and forms sent and received.

7.  I recall the primary dispute with Empire was that it rejected my argument that I

1

had no choice in the selection of emergency care doctors and therefore should not have been penalized by Empire's classification of all emergency caregivers as out of network providers.  I understood that under emergent circumstances such as mine, emergency care givers would be reimbursed by a greater amount than if I had purposely chosen to obtain care from a doctor who was not in the Empire network.

8.  I repeated this position over and over in calls and correspondence to Empire.  It was and is my understanding that all of my appeals on this grounds have been consistently denied.

9.  I filed appeals in December 2016 from earlier claim denials.  I have not received a letter with Empire's decision yet.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me is willfully false, I am subject to punishment.


Dated: August 11, 2017

CHARLENE LEMOINE

2

# EXHIBIT 5



**BlueCross BlueShield of Illinois**
P.O. Box 7344
Chicago, IL 60680-7344

*Explanation of Benefits (EOB).* **This is not a bill.**
SITEX REALTY GROUP, LLC
05-28-15

15

CHARLENE A LEMOINE
349 GOFFLE ROAD
RIDGEWOOD NJ 07450

Customer Service: 1-800-541-2767

**THE IMPORTANT UPDATE SECTION IS NOT APPLICABLE TO ALL POLICIES OR PLANS**

**Claim Information**

| | |
|---|---|
| Member Name: | CHARLENE A LEMOINE |
| Group No.: | P58963 |
| Identification No.: | XOF834279908 |
| Claim No.: | 511955660B00H |
| Patient Name: | CHARLENE A LEMOINE |

**SUMMARY**

| | |
|---|---|
| Total Billed: | $6451.00 |
| Total Benefits Approved: | $725.80 |
| Amount You May Owe Provider: | $5725.20 |

We have reviewed the claim which was previously processed for this patient. The following shows how this claim was adjusted.

**SERVICE INFORMATION**

| | Service Date | Amount Billed | Not Covered | Covered |
|---|---|---|---|---|
| NORTH JERSEY TRAUMA AND C | | | | |
| Surgery | 04-21-15 | 6051.00 | 4874.26 (1) | 1176.74 |
| Treatment Other | 04-21-15 | 400.00 | 367.06 (1) | 32.94 |
| Totals | | **$6451.00** | **$5241.32** | **$1209.68** |

**COVERAGE INFORMATION**

| | | Amount Billed | Not Covered | Covered |
|---|---|---|---|---|
| Totals | | $6451.00 | $5241.32 | $1209.68 |
| Total Benefits Approved | | | | $725.80 |
| | Prior Payment | (Minus) | | -706.04 |
| | Additional Payment | | | 19.76 |
| Amount You May Owe Provider | | | | $5725.20 |

Total covered benefits approved for this claim: $19.76 to NORTH JERSEY TRAUMA AND C on 05-28-15

*A Division of Health Care Service Corporation, A Mutual Legal Reserve Company, An Independent Licensee of the Blue Cross and Blue Shield Association*

*( turn over )*

03035

# Empire BlueCross BlueShield

Page 3 of 3

**Details of Claim(s):**

Member Name: CHARLENE LEMOINE          Member ID #: WKM 87670089

**Have Questions?**
Visit our web site at
www.empireblue.com
or call (866) 517-1092.

| | |
|---|---|
| **Patient:** CHARLENE LEMOINE | **Provider Name:** NJ TRAUMA & CRITICAL CARE |
| **Claim Number:** 61620226140 | **Provider Address:** PO BOX 34771 |
| **Date Claim Received:** 06/10/16 | NEWARK NJ 07189 |
| | 551-966-2900 |

*001504020200*

| | | | | | YOUR RESPONSIBILITY | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **DATES OF SERVICE** | **PROCEDURE CODE** | **SERVICE** | **AMOUNT CHARGED BY PROVIDER** | **DISCOUNT AMOUNT** | **CHARGES NOT COVERED** | **DEDUCT- IBLE** | **COINSUR- ANCE** | **COPAY- MENT** | **PAYABLE BY EMPIRE** | **NOTES** |
| 04/19/15– 04/19/15 | 33025 | SURGERY-CARDIOVASC | 6,599.00 | 0.00 | 3,986.05 | 1,007.43 | 481.66 | 0.00 | 1,123.86 | 1 |
| 04/19/15– 04/19/15 | 49000 | SURGERY-ABDOMINAL | 11,021.00 | 0.00 | 9,766.90 | 0.00 | 376.23 | 0.00 | 877.87 | 1, 2 |
| 04/20/15– 04/20/15 | 49002 | SURGERY-ABDOMINAL | 11,462.00 | N/A | N/A | N/A | N/A | N/A | N/A | 3 |
| | | **Total:** | **$29,082.00** | **$0.00** | 13,752.95 | 1,007.43 | 857.89 | 0.00 | **$2,001.73** | 4 |
| | | | | | Your Total Responsibility: | | **$15,618.27** | | | |

**NOTES FOR THIS CLAIM:**

1. The services you received were rendered by a non- participating provider; therefore, the provider is entitled to bill for the amount indicated in "Your Total Responsibility" if it has not already been paid. Amounts shown in "Charges Not Covered" may include charges that exceed the amount allowed for the service. The patient's responsibility is reduced when services are rendered by participating providers.
2. When multiple surgeries are performed on the same day through different incisions, the full allowance is provided for the procedure with the greatest Relative Value Units (RVU), and one half of the allowance is provided for the procedure(s) with the lesser RVU. Please refer to the section of your contract or benefit booklet that describes the coverage for this type of service.
3. N/A = Not Applicable. We have already processed a claim for this service under claim number 55698333980. Patient responsibility, if any, has been identified on the Explanation of Benefits for that claim.
4. Since this provider is not a participating provider, we are making payment for these services directly to you. You are responsible to pay the provider for these services if you have not already done so, including the amount of our payment to you and the amount indicated in "Your Responsibility".

*You can learn more about the services listed by calling the customer service phone number on the back of your ID card. We can tell you the diagnosis and treatment codes included on your claim, along with the descriptions for those codes.*

*Whether or not you use the appeal procedure, you may request assistance from Community Service Society of New York, Community Health Advocates, 105 East 22nd Street, 8th floor, New York, NY 10010. (888) 614-5400.*
*www.communityhealthadvocates.org*

| As of This Claim, You Have Satisfied |
|---|
| $250.00 of the 2015 Annual In-Network Deductible of $250.00 for CHARLENE LEMOINE |
| $5,000.00 of the 2015 Annual Out-of-Network Deductible of $5,000.00 for CHARLENE LEMOINE |
| $250.00 of the 2015 Annual In-Network Out-of-Pocket Maximum of $250.00 for CHARLENE LEMOINE |
| $2,936.46 of the 2015 Annual Out-of-Network Out-of-Pocket Maximum of $20,000.00 for CHARLENE LEMOINE |

## NON-NEGOTIABLE

# EXHIBIT 6

**Charlene A. LeMoine**
**349 Goffle Road**
**Ridgewood, N 07450**
**201-320-0315**

December 19, 2016

Empire Health Choice Assurance, Inc.
PO Box 5077
Middletown, NY 10940-9077
ATTN: Appeals

RE:    ID#    WKM87670089

Patient:      Charlene A. LeMoine
              349 Goffle Road
              Ridgewood, NJ 07450

Providers:    See attached Explanations of Benefits

To Whom It May Concern:

Please let this letter serve as an appeal notice regarding the attached Explanation of Benefits. On April 19, 2015 I was involved in a near fatal motorcycle accident that put me in the hospital for several months. I was in a coma and was treated in a emergency life and death situation by a series of trauma surgeons. I had no choice or control whether the doctors who attended to me were in-network or out of network because failure to provide immediate treatment for my condition involved an imminent and critical threat to my health. I am therefore requesting an expedited review of the attached explanation of benefits with this appeal. I will not pay this amount because it is not my responsibility.

Please provide the additional payments due under the terms of my health plan. I am still receiving invoices and collection notices from various providers.

I look forward to hearing from you.

Very truly yours,

Charlene LeMoine

CL/Attach.

**Charlene A. LeMoine**
**349 Goffle Road**
**Ridgewood, N 07450**
**201-320-0315**

December 28, 2016

Empire Health Choice Assurance, Inc.
PO Box 5077
Middletown, NY 10940-9077
ATTN: Appeals

RE:    ID#    WKM87670089

Patient:        Charlene A. LeMoine
                349 Goffle Road
                Ridgewood, NJ 07450

Providers:     See attached Explanations of Benefits

To Whom It May Concern:

Please let this letter serve as an appeal notice regarding the attached Explanation of Benefits. On April 19, 2015 I was involved in a near fatal motorcycle accident that put me in the hospital for several months. I was in a coma and was treated in a emergency life and death situation by a series of trauma surgeons. I had no choice or control whether the doctors who attended to me were in-network or out of network because failure to provide immediate treatment for my condition involved an imminent and critical threat to my health. I am therefore requesting an expedited review of the attached explanation of benefits with this appeal. I will not pay this amount because it is not my responsibility.

Please provide the additional payments due under the terms of my health plan. I am still receiving invoices and collection notices from various providers.

I look forward to hearing from you.

Very truly yours,

Charlene LeMoine

CL/Attach.

# EXHIBIT 7

**Empire** ✚ ⦿
**BlueCross BlueShield**

*PO Box 1407, Church Street Station*
*New York, NY 10008-1407*

1 OF 1

000005

January 18, 2017

```
***************ALL FOR AADC 076
17526 1 AB 0.403              58
EMPIRE MEMBER OR REPRESENTATIVE
349 GOFFLE RD
RIDGEWOOD NJ 07450-4033
```

**We are working on a response for you.**

Reference Number: 20170104019946
Date Received: 01/04/2017

Dear Member or Representative:

We've received your complaint and/or grievance. To make a full and fair review, we want to make sure we have all relevant information.

**How to Provide Additional Information**
If we need more information, we will get in touch with you. You can send us any additional information, or you can also choose a representative to give information for you. Information can be given to us by mail, fax or over the phone.

- By mail:
  Empire
  P.O. Box 1407, Church Street Station
  New York, NY 10008-1407
- By fax: (866) 829-2395
- By phone: (866) 517-1092

When mailing or faxing information please include your member ID number. Please also include a phone number in case we need to call you.

Unless your benefit book says otherwise, our review will take no more than 30 days from the date we received the complaint and/or grievance. If you have questions, please call us at (866) 517-1092.

Best regards,

*[signature: Chris Ciafone]*

**Chris Ciafone**
**VP East Market Customer Service**

Acknowledgement Letter

Services provided by Empire HealthChoice Assurance, Inc. licensee of the Blue Cross and Blue Shield Association, an association of independent Blue Cross and Blue Shield plans.

1 OF 1



PO Box 1407, Church Street Station
New York, NY 10008-1407

000013

January 23, 2017

EMPIRE MEMBER OR REPRESENTATIVE                    58
349 GOFFLE RD
RIDGEWOOD NJ 07450

**We are working on a response for you.**

Reference Number: 20170110015506
Date Received: 01/10/2017

Dear Member or Representative:

We've received your complaint and/or grievance. To make a full and fair review, we want to make sure we have all relevant information.

**How to Provide Additional Information**
If we need more information, we will get in touch with you. You can send us any additional information, or you can also choose a representative to give information for you. Information can be given to us by mail, fax or over the phone.

- By mail:
  Empire
  P.O. Box 1407, Church Street Station
  New York, NY 10008-1407
- By fax: (866) 829-2395
- By phone: (866) 517-1092

When mailing or faxing information please include your member ID number. Please also include a phone number in case we need to call you.

Unless your benefit book says otherwise, our review will take no more than 30 days from the date we received the complaint and/or grievance. If you have questions, please call us at (866) 517-1092.

Best regards,

*Chris Ciafone*

Chris Ciafone
VP East Market Customer Service

Acknowledgement Letter

Services provided by Empire HealthChoice Assurance, Inc. licensee of the Blue Cross and Blue Shield Association, an association of independent Blue Cross and Blue Shield plans.

# EXHIBIT 8

Empire
PO Box 11800
Albany, NY 12211-0800



May 20, 2017

 CHARLENE LEMOINE
349 GOFFLE RD
1489  RIDGEWOOD, NJ  07450-4033

RE: 87670089

Dear CHARLENE LEMOINE:

According to our records, a refund of $32,120.16 is due to Empire.  The amount owed to us is a result of a post payment review of the claim(s).

The enclosed Explanation of Refund(s) provides additional information on this matter.  The claims information listed on the explanation of refund sets forth the reason for the overpayment recovery request. You may obtain more information about the decision by calling the phone number listed below.

We would appreciate your immediate attention to this matter.  Please attach your payment of $32,120.16 to the Remittance Advice and return to the following address within 30 days to avoid the possibility of this matter being referred to a collection agency.

> **Central Region - CCOA Lockbox**
> **PO BOX 73651**
> **Cleveland, OH 44193-1177**

Checks should be made payable to Empire and include claim number(s) to ensure proper credit to your account.

If you have previously remitted the amount due, please attach a copy of your cancelled check to this correspondence and return to the above address.

If you wish to discuss this matter, please call 1-800-342-9816, or to request a review in writing please mail a copy of this letter and any supporting documentation to:

Empire
PO Box 11800
Albany, NY 12211-0800.

Thank you for your cooperation in this matter.

Empire
Cost Containment                          SO1

Enclosures(3)

Services provided by Empire HealthChoice Assurance, Inc, a licensee of the Blue Cross and Blue Shield Association, an association of Independent Blue Cross and Blue Shield Plans.

Lemoine Motion Opp. Exhibits
2:16-cv-6786

Date:        05/20/2017

|  | | | |
| --- | --- | --- | --- |
| | **Remittance Type:** SO1 | **Payable To:** | |
| **ID #:** 87670089 | **External ID:** 87670089 | **Central Region - CCOA Lockbox** | |
| **Name:** CHARLENE LEMOINE | | PO Box 73651 | |
| | | Cleveland, OH 44193-1177 | |

| Claim #<br>Ref No.<br>Provider Name | Patient Name<br>Subscriber ID | Service Start Date<br>Date Claim Paid | Claim Sys<br>GL Account<br>Pat Acct #. | Claim Pd Amt<br>Refund Amt Due<br>FCN | Refund<br>Amt Pd |
| --- | --- | --- | --- | --- | --- |
| 55758347200-001 | CHARLENE LEMOINE | 04/19/2015 | CS90 | 618.73 | |
| EH-543843 | 87670089 | 08/01/2015 | 24505007 | 618.73 | |
| ITS PROVIDER | | | 37065 | 37065 55758347200 08/01/2015 | |
| Explanation: The patient has primary coverage thru BCBS OF IL. | | | | | |
| | | | | | |
| 61620226140-001 | CHARLENE LEMOINE | 04/19/2015 | CS90 | 2,001.73 | |
| EH-543842 | 87670089 | 09/14/2016 | 24505007 | 2,001.73 | |
| DAYAL  SARASWATI D | | | 37065 | 37065 61620226140 09/14/2016 | |
| Explanation: The patient has primary coverage thru BCBS IL. | | | | | |
| | | | | | |
| 55748338470-001 | CHARLENE LEMOINE | 04/25/2015 | CS90 | 766.69 | |
| EH-543896 | 87670089 | 05/05/2016 | 24505007 | 766.69 | |
| ITS PROVIDER | | | 0 | 0 55748338470 05/05/2016 | |
| Explanation: The patient has primary coverage thru BCBS OF IL. | | | | | |
| | | | | | |
| 55748340960-000 | CHARLENE LEMOINE | 04/24/2015 | CS90 | 612.57 | |
| EH-543899 | 87670089 | 07/30/2015 | 24505007 | 612.57 | |
| ITS PROVIDER | | | 0 | 0 55748340960 07/30/2015 | |
| Explanation: The patient has primary coverage thru BCBS OF IL. | | | | | |

Lemoine Motion Opp. Exhibits
2:16-cv-6786

| Date: | 05/20/2017 | | | |
|---|---|---|---|---|
| | | Remittance Type: SO1 | | Payable To: |
| ID #: | 87670089 | External ID: | 87670089 | Central Region - CCOA Lockbox |
| Name: | CHARLENE LEMOINE | | | PO Box 73651 |
| | | | | Cleveland, OH 44193-1177 |

| Claim #<br>Ref No.<br>Provider Name | Patient Name<br>Subscriber ID | Service Start Date<br>Date Claim Paid | Claim Sys<br>GL Account<br>Pat Acct # | Claim Pd Amt<br>Refund Amt Due<br>FCN | Refund<br>Amt Pd |
|---|---|---|---|---|---|
| 55748340960-001 | CHARLENE LEMOINE | 04/24/2015 | CS90 | 262.53 | |
| EH-543900 | 87670089 | 05/05/2016 | 24505007 | 262.53 | |
| ITS PROVIDER | | | 0 | 0 55748340960 05/05/2016 | |
| Explanation: | The patient has primary coverage thru BCBS OF IL. | | | | |
| 55748379400-000 | CHARLENE LEMOINE | 04/20/2015 | CS90 | 1,225.14 | |
| EH-543897 | 87670089 | 07/30/2015 | 24505007 | 1,225.14 | |
| ITS PROVIDER | | | 0 | 0 55748379400 07/30/2015 | |
| Explanation: | The patient has primary coverage thru BCBS OF ILLINOIS. | | | | |
| 55748437710-001 | CHARLENE LEMOINE | 04/22/2015 | CS90 | 525.06 | |
| EH-543846 | 87670089 | 05/05/2016 | 24505007 | 525.06 | |
| ITS PROVIDER | | | 0 | 0 55748437710 05/05/2016 | |
| Explanation: | The patient has primary coverage thru BCBS OF IL. | | | | |
| 55748437710-000 | CHARLENE LEMOINE | 04/22/2015 | CS90 | 1,225.14 | |
| EH-543894 | 87670089 | 07/30/2015 | 24505007 | 1,225.14 | |
| ITS PROVIDER | | | 0 | 0 55748437710 07/30/2015 | |
| Explanation: | The patient has primary coverage thru BCBS OF IL. | | | | |

Lemoine Motion Opp. Exhibits
2:16-cv-6786

Date:       05/20/2017

| | | |
|---|---|---|
| | Remittance Type:  SO1 | Payable To: |
| ID #:     87670089 | External ID:       87670089 | Central Region - CCOA Lockbox |
| Name:    CHARLENE LEMOINE | | PO Box 73651 |
| | | Cleveland, OH 44193-1177 |

| Claim # | Patient Name | Service Start Date | Claim Sys | Claim Pd Amt | Refund |
|---|---|---|---|---|---|
| Ref No. | Subscriber ID | Date Claim Paid | GL Account | Refund Amt Due | Amt Pd |
| Provider Name | | | Pat Acct # | FCN | |
| 55748338470-000 | CHARLENE LEMOINE | 04/25/2015 | CS90 | 983.51 | |
| EH-543895 | 87670089 | 07/30/2015 | 24505007 | 983.51 | |
| ITS PROVIDER | | | 0 | 0 55748338470 07/30/2015 | |

Explanation:    The patient has primary coverage thru BCBS OF IL.

| | | | | | |
|---|---|---|---|---|---|
| 55758367980-011 | CHARLENE LEMOINE | 04/19/2015 | CS90 | 22,016.84 | |
| EH-543845 | 87670089 | 08/15/2015 | 24505007 | 22,016.84 | |
| ITS PROVIDER | | | 37190 | 37190 55758367980 08/15/2015 | |

Explanation:    The patient has primary coverage thru BCBS OF IL.

| | | | | | |
|---|---|---|---|---|---|
| 55758367980-012 | CHARLENE LEMOINE | 04/19/2015 | CS90 | 1,357.16 | |
| EH-543844 | 87670089 | 08/15/2015 | 24505007 | 1,357.16 | |
| ITS PROVIDER | | | 37190 | 37190 55758367980 08/15/2015 | |

Explanation:    The patient has primary coverage thru BCBS OF IL.

| | | | | | |
|---|---|---|---|---|---|
| 55748379400-001 | CHARLENE LEMOINE | 04/20/2015 | CS90 | 525.06 | |
| EH-543898 | 87670089 | 05/05/2016 | 24505007 | 525.06 | |
| ITS PROVIDER | | | 0 | 0 55748379400 05/05/2016 | |

Explanation:    The patient has primary coverage thru BCBS OF IL.

| | | | |
|---|---|---|---|
| Total Refund Due | | 32,120.16 | Total Paid |

Lemoine Motion Opp. Exhibits
2:16-cv-6786

# EXHIBIT 9

 

**MERIDIAN**
RESOURCE COMPANY LLC

May 26, 2016



Attorney Davis,Saperstein C/O
Davis, Saperstein & Solomon
39 Broadway
New York, NY 10006

Re:   Member:       Charlene Lemoine
      File No.:      45839423
      Patient(s):   Charlene Lemoine
      Injury Date: 04/19/2015

Dear Attorney :

We have completed an investigation of the above-referenced matter. We are not pursuing a claim for subrogation/reimbursement. Please contact the medical providers directly if you need information regarding health care treatment and related claims.

If you have any further questions, please feel free to contact me.

Sincerely,

Marilyn Shurkoff
Subrogation Specialist III
N17 W24222 Riverwood Drive, Suite 300
Waukesha WI 53188 - 2200
(800) 596-1263 Ext. 2692
Fax: (855) 327-9114
marilyn.shurkoff@meridianresource.com

Fax Server VA20303    11/5/2015 4:24:10 PM  PAGE   2/008   Fax Server



November 05, 2015

Attorney Davis,Saperstein C/O
Davis, Saperstein & Solomon
39 Broadway
New York, NY 10006

Re:  Member:          Charlene Lemoine
     File No.:         45839423
     Patient(s):      Charlene Lemoine
     Injury Date:     04/19/2015

Dear Attorney :

We are notifying you of Empire HealthChoice Assurance, Inc. subrogation/reimbursement rights and
our claim for reimbursement of the medical benefits paid on behalf of your client.  Your client is/was the
beneficiary of a self-funded employee welfare benefit plan governed by the Employee Retirement
Income Security Act of 1974 (ERISA). To date, $34,284.95 in medical benefits have been paid on
behalf of your client.  Please see the enclosed claim itemization. This amount may change if there is
additional related treatment.

Please acknowledge receipt of this notice within thirty (30) days.  If suit has been filed or settlement is
approaching, please notify me immediately.

Please call if you have any questions.  Thank you for your cooperation in this matter.

Sincerely,

*Marilyn Shurkoff*

Marilyn Shurkoff
Subrogation Specialist II
N17 W24222 Riverwood Drive, Suite 300
Waukesha WI 53188 - 2200
(800) 596-1263 Ext. 2692
Fax:  (855) 327-9114
marilyn.shurkoff@meridianresource.com

34,284.95 *mf 11/5/15*

# EXHIBIT 10

LAW OFFICES OF

# DAVIS, SAPERSTEIN & SALOMON, P.C.

375 CEDAR LANE

TEANECK, NJ 07666-3433

FACSIMILE: (201) 692-0444

Email: lawinfo@dsslaw.com

(201) 907-5000

SAMUEL L. DAVIS•◦†
MARC C. SAPERSTEIN•◦◦†
GARRY R. SALOMON•†
STEVEN BENVENISTI•◦†
PAUL A. GARFIELD•◦†

LUIS L. HAQUIA•◦†
TERRENCE SMITH•
STEVEN H. COHEN•◦
PATRICIA Z. BOGUSLAWSKI•†
ADAM LEDERMAN•◦†
ANGELA CERVELLI BENNETT•
DAVID A. DRESCHER•◦
LISA A. LEHRER•■◦†
KATE CARBALLO•◦
EVAN D. BAKER•◦◦†
KELLY A. CONLON•
PHILIP ING•◦†
MANUEL B. SAMEIRO•
JEFFREY E. SALOMON•
ARIELLE HEO•◦
MYZAIRE T. DUARTE•▪
ANDY G. MERCADO•
STEPHEN A. MENNELLA•

800 INMAN AVENUE
COLONIA, NJ 07067
(732) 510-1000

39 BROADWAY, SUITE 520
NEW YORK, NY 10006
(212) 608-1917
CERTIFIED CIVIL TRIAL ATT'Y †
PENNSYLVANIA BAR •
NEW JERSEY BAR ◦
NEW YORK BAR ◦
LOUISIANA BAR ◦
FLORIDA BAR ▪
GEORGIA BAR ◦
ILLINOIS BAR •
D.C. BAR ◦

OF COUNSEL

RACHAEL NASS•◦
BENNETT J. WASSERMAN•◦†
CHRISTOPHER T. KAROUNOS•†

REPLY TO TEANECK

July 12, 2017

<u>By Certified Mail and Regular Mail</u>
Cushman and Wakefield
2200 Fletcher Avenue
Fort Lee, NJ 07024

Attn.: General Counsel

Re:   Charlene LeMoine v. Empire Blue Cross Blue Shield, et als
      Case No.: 2:16-cv-6786 JMV JBC

Dear Sir or Madam:

We represent the plaintiff in the above matter.  I am writing to request a waiver of service.  To that end I have enclosed a copy of each Filed Complaint, Notice of Lawsuit and two copies of a waiver form.

Federal Rule 4(d) provides that your client has a duty to avoid unnecessary costs of serving the summons.  I therefore request that you execute the enclosed waiver of Service and return it to me.  A self-addressed, prepaid envelope is enclosed.

Thank you for your attention.

Very truly yours,
DAVIS, SAPERSTEIN & SALOMON, P.C.

Terrence Smith
For the Firm

Enclosures

    7016 0910 0001 7440 9614

Lemoine Motion Opp. Exhibits
2:16-cv-6786

LAW OFFICES OF

# DAVIS, SAPERSTEIN & SALOMON, P.C.

375 CEDAR LANE

TEANECK, NJ 07666-3433

FACSIMILE: (201) 692-0444

Email: lawinfo@dsslaw.com

(201) 907-5000

SAMUEL L. DAVIS●○†
MARC C. SAPERSTEIN○○○†
GARRY R. SALOMON●†
STEVEN BENVENISTI●●†
PAUL A. GARFIELD●●†

LUIS L. HAQUIA●○†
TERRENCE SMITH●
STEVEN H. COHEN●○
PATRICIA Z. BOGUSLAWSKI●†
ADAM LEDERMAN●○†
ANGELA CERVELLI BENNETT●
DAVID A. DRESCHER●○
LISA A. LEHRER●●†
KATE CARBALLO●○
EVAN D. BAKER●○●†
KELLY A. CONLON●
PHILIP ING●○†
MANUEL B. SAMEIRO●
JEFFREY E. SALOMON●
ARIELLE HEO●○
MYZAIRE T. DUARTE●▲
ANDY G. MERCADO●
STEPHEN A. MENNELLA●

800 INMAN AVENUE
COLONIA, NJ 07067
(732) 510-1000

39 BROADWAY, SUITE 520
NEW YORK, NY 10006
(212) 608-1917

CERTIFIED CIVIL TRIAL ATT'Y †
PENNSYLVANIA BAR ●
NEW JERSEY BAR ●
NEW YORK BAR ○
LOUISIANA BAR □
FLORIDA BAR ▲
GEORGIA BAR ○
ILLINOIS BAR ○
DC BAR □
— OF COUNSEL —

RACHAEL NASS●○
BENNETT J. WASSERMAN●○○†
CHRISTOPHER T. KAROUNOS●†

**REPLY TO TEANECK**

July 12, 2017

<u>By Certified Mail and Regular Mail</u>
Blue Cross Blue Shield of Illinois
3200 Robbins Road
Springfield, Illinois 62704

Attn.: General Counsel

Re:   Charlene LeMoine v. Empire Blue Cross Blue Shield, et als
Case No.: 2:16-cv-6786 JMV JBC

Dear Sir or Madam:

We represent the plaintiff in the above matter. I am writing to request a waiver of service. To that end I have enclosed a copy of each Filed Complaint, Notice of Lawsuit and two copies of a waiver form.

Federal Rule 4(d) provides that your client has a duty to avoid unnecessary costs of serving the summons. I therefore request that you execute the enclosed waiver of Service and return it to me. A self-addressed, prepaid envelope is enclosed.

Thank you for your attention.

Very truly yours,
DAVIS, SAPERSTEIN & SALOMON, P.C.

Terrence Smith
For the Firm

Enclosures

7016 0910 0001 7440 9621

NEW JERSEY ● NEW YORK